**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Charles C. LONDON, also known as "C", Defendant-Appellant**

**No. 16-31022**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed May 30, 2017

Mary Patricia Jones, Assistant U.S. Attorney, Jennifer McDaniel Kleinpeter, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff-Appellee

Charles C. London, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Charles C. London has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386

determined that this opinion should not be

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). London has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of London's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as London's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.